JACKSON LEWIS LLP
DALE KUYKENDALL (SBN 148833)
BRENDAN J. BEGLEY (SBN 202563)
801 K Street, Suite 2300
Sacramento, California  95814
Telephone:     (916) 341-0404
Facsimile:      (916) 341-0141

Attorneys for Defendant
ACCURATE INVENTORY & CALCULATING
SERVICE, INC. dba QUANTUM SERVICES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| TRACY MAJESKE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ACCURATE INVENTORY & CALCULATING SERVICE, INC. dba QUANTUM SERVICES, and DOES 1-100,<br><br>Defendants. | Case No. 2:09−CV−02609−JAM−EFB<br><br>**ORDER ON PLAINTIFF'S MOTION TO REMAND**<br><br>Hearing Date:  November 18, 2009<br><br><br>COMPLAINT FILED:  AUGUST 25, 2009<br>TRIAL DATE:            APRIL 18, 2011 |

On November 18, 2009, at 9:00 a.m., the Court heard the Motion to Remand filed by Plaintiff Tracy Majeske, who appeared by and through her counsel Robert A. Carichoff. Defendant Accurate Inventory & Calculating Service, Inc. ("Defendant") appeared by and through its counsel, Brendan J. Begley.  After considering the moving and opposing papers and the arguments of counsel, the Court rules as follows:

IT IS HEREBY ORDERED that Defendant has established by a preponderance of the evidence that the amount in controversy exceeds the threshold for diversity jurisdiction under 42 U.S.C. § 1332.  Thus, Plaintiff's Motion to Remand is DENIED.

Dated:  November 19, 2009         /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  UNITED STATES DISTRICT COURT JUDGE

Approved as to form.

 __/s/_____
ROBERT A. CARICHOFF

PDF created with pdfFactory trial version www.pdffactory.com