ROBERT A. CARICHOFF (SBN 211066)
LAW OFFICE OF ROBERT A. CARICHOFF
US Bank Plaza
980 Ninth Street, Suite 1600
Sacramento, California  95814
Telephone:  (916) 449-9506
Facsimile:   (916) 419-1198

Attorney for Plaintiff
TRACY MAJESKE

JACKSON LEWIS LLP
DALE KUYKENDALL (SBN 148833)
BRENDAN J. BEGLEY (SBN 202563)
801 K Street, Suite 2300
Sacramento, California  95814
Telephone:     (916) 341-0404
Facsimile:      (916) 341-0141

Attorneys for Defendant
ACCURATE INVENTORY & CALCULATING
SERVICE, INC. dba QUANTUM SERVICES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| TRACY MAJESKE, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>ACCURATE INVENTORY &<br>CALCULATING SERVICE, INC. dba<br>QUANTUM SERVICES, and DOES 1-100,<br><br>    Defendants. | Case No. 2:09−CV−02609−JAM−EFB<br><br>**STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON**<br><br><br>COMPLAINT FILED: AUGUST 25, 2009<br>TRIAL DATE:            APRIL 18, 2011 |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to a Settlement Agreement and General Release between Defendant Accurate Inventory & Calculating Service, Inc., dba Quantum Services, and Plaintiff Tracy Majeske, the parties hereby stipulate and request that all parties and claims be dismissed with

1

PDF created with pdfFactory trial version www.pdffactory.com

prejudice in the above-entitled action. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii) (requiring stipulation for voluntary dismissals after responsive pleadings have been filed).

Date: April 19, 2010      LAW OFFICE OF ROBERT A. CARICHOFF

By: */s/ Robert A. Carichoff (authorized 4/19/10)*
    Robert A. Carichoff

Attorney for Plaintiff
TRACY MAJESKE

Date: April 15, 2010      JACKSON LEWIS LLP

By:/s/ *Brendan J. Begley*
    DALE R. KUYKENDALL
    BRENDAN J. BEGLEY

Attorneys for Defendant
ACCURATE INVENTORY &
CALCULATING SERVICE, INC. dba
QUANTUM SERVICES

## ORDER

IT IS HEREBY ORDERED that the Complaint and any and all claims for relief in the above-referenced matter, U.S.D.C. E.D. Cal. Case No. 2:09−CV−02609−JAM−EFB, are hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: April 20, 2010      /s/ John A. Mendez
    UNITED STATES DISTRICT COURT JUDGE

H:\A\Accurate Inventory & Calculating Services\Majeske (Travelers) 148479\Pleadings\019 Stipulation of Dismissal.doc

2

Stipulated Request for Dismissal with Prejudice and Order      Majeske v. Accurate Inventory & Calculating Services, Inc.
USDC Eastern District Case No.: 2:09−CV−02609−JAM−EFB

PDF created with pdfFactory trial version www.pdffactory.com